UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KYLE AARON-LEWIS REESE,<br><br>  Defendant. | Case:4:21-cr-20181<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 03-17-2021 At 12:53 PM<br>SEALED v SEALED (sk)<br><br>Violation:<br>26 U.S.C. § 5861(d) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**POSSESSION OF AN UNREGISTERED FIREARM**
**(26 U.S.C. § 5861(d))**

On or about November 2, 2020, in the Eastern District of Michigan, KYLE AARON-LEWIS REESE, knowingly possessed a firearm, specifically a 5.56 x 45 mm caliber machinegun, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION- FIREARMS
(49 U.S.C. § 80303, and 26 U.S.C. § 5872 with 28 U.S.C. § 2461(c))

Pursuant to 49 U.S.C. § 80303, and 26 U.S.C. § 5872 with 28 U.S.C. § 2461(c), upon conviction of the violation alleged in Count One of the Indictment, Possession of an Unregistered Firearm in violation of 26 U.S.C. § 5861(d), defendant shall forfeit to the United States his interest in all firearms involved in the offense.

THIS IS A TRUE BILL.

Dated: March 17, 2021          s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney


s/JULES M. DePORRE              s/ANTHONY P. VANCE
JULES M. DePORRE                ANTHONY P. VANCE
Assistant United States Attorney   Assistant United States Attorney
MI State Bar P-73999            Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280

| Companion Case information MUST be completed by A | | Case: 4:21-cr-20181 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 03-17-2021 At 12:53 PM<br>SEALED v SEALED (sk) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☑ No | **AUSA's Initials:** JMD |

**Case Title:** USA v. KYLE AARON-LEWIS REESE

**County where offense occurred:** GENESEE

**Check One:**   ☑ Felony     ☐ Misdemeanor     ☐ Petty

_X_ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 17, 2021
Date

s/JULES M. DEPORRE
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013